**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

GREGORY GOULD, )
        Plaintiff, )
                         ) Civil Action No. 07-55 Erie
    v. )
JEFFREY BEARD, et al., )
        Defendants. )

## **MEMORANDUM ORDER**

    This civil rights action was received by the Clerk of Court on March 27, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

    The Magistrate Judge's Report and Recommendation [Doc. No. 87], filed on September 16, 2009, recommended that Defendants' partial motion to dismiss [Doc. No. 67] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

    AND NOW, this 8th day of October, 2009;

    IT IS HEREBY ORDERED that the Defendants' partial motion to dismiss [Doc. No. 67] is GRANTED.

    The Report and Recommendation [Doc. No. 87] of Magistrate Judge Baxter, filed on September 16, 2009 is adopted as the opinion of the Court.

                                               s/ Sean J. McLaughlin
                                                  United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge